# EXHIBIT

# B



CT Corporation
Service of Process Notification
10/12/2023
CT Log Number 544910946

## Service of Process Transmittal Summary

**TO:** Registered Agent Department
Business Filings Incorporated (Recipient Account Only)
8020 Excelsior Dr Ste 200
Madison, WI 53717-1998

**RE:** **Process Served in Maryland**

**FOR:** Capital Area Nurse Practitioners PLLC  (Domestic State: DC)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Christine Cooper vs. Capital Area Nurse Practitioners, LLC |
| **CASE #:** | C16CV23004263 |
| **PROCESS SERVED ON:** | Business Filings International, Incorporated, Lutherville Timonium, MD |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 10/12/2023 |
| **JURISDICTION SERVED:** | Maryland |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/12/2023, Expected Purge Date: 10/17/2023 |
| | Image SOP |
| | Email Notification,  Registered Agent Department  ctsop@bizfilings.com |
| **REGISTERED AGENT CONTACT:** | Business Filings International, Incorporated
2405 York Rd
Ste 201
Lutherville Timonium, MD 21093
844-832-8351
CTService@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$008.53
10/05/2023 ZIP 20005
043M31240174

USPS CERTIFIED MAIL

9214 8901 9403 8332 7148 99

Stein Mitchell Beato & Missner LLP
2000 K Street, NW
Suite 600
Washington DC 20005

CAPITAL AREA NURSE PRACTITIONERS LLC
D/B/A DISTRICTFUZE
C/O: BUSINESS FILINGS INTERNATIONAL INC
STE 201
2405 YORK RD
LUTHVLE TIMON MD 21093-2252

# Stein Mitchell
# Beato & Missner LLP

| 2000 K Street, NW Suite 600 | P 202.737.7777 | www.steinmitchell.com |
| Washington, DC 20006 | F 202.296.8312 | |

October 5, 2023

**via CERTIFIED MAIL**

Capital Area Nurse Practitioners, LLC
d/b/a DistrictFuze
c/o Business Filings International, Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

    **Re:**   **Christine Cooper v. Capital Area Nurse Practitioners, LLC
             d/b/a DistrictFuze - Case No. C-16-CV-23-004263**

Dear Sir/Madam:

    I enclose an Affidavit of Service in the above-referenced case which was electronically filed with the Court today.

                                                                          Very truly yours,

                                                                              Nicole Randall
                                                                              Legal Assistant to Denis C. Mitchell

Enclosure

E-FILED; Prince George's Circuit Court
Docket: 10/5/2023 2:37 PM; Submission: 10/5/2023 2:37 PM
Envelope: 14139848

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

Christine Cooper

Plaintiff

Case No.: C-16-CV-23-004263

vs.

Capital Area Nurse Practitioners LLC d/b/a DistrictFuze

Defendant

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Writ of Summons issued on 09/15/2023, Complaint with Exhibit 1, and Civil - Non-Domestic Case Information Sheet in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/26/2023 at 12:02 PM, I served Capital Area Nurse Practitioners LLC d/b/a DistrictFuze c/o Business Filings International Inc. with the Writ of Summons issued on 09/15/2023, Complaint with Exhibit 1, and Civil - Non-Domestic Case Information Sheet at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093 by serving Rebecca Gott, Agent, authorized to accept service on behalf of Business Filings International Inc..

Rebecca Gott is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 140   Height: 5'6"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

9/29/23
Executed On



Vincent Piazza

Client Ref Number: N/A
Job #: 1624096

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2023 the foregoing was electronically filed via eFileDC and mailed, postage paid to:

Capital Area Nurse Practitioners, LLC
d/b/a DistrictFuze
c/o Business Filings International Inc.
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

_____
Denis C. Mitchell